UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFREN GARRIDO, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

-against-

F&M CONSTRUCTION AND DEVELOPMENT CORP. and FODIE M. KOITA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2022

21-cv-4084-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On June 30, 2022, the Court held a conference in this matter. As the Court stated at the conference, IT IS HEREBY ORDERED that, by 5:00 p.m. today, June 30, 2022, Defendants shall produce Rule 26 Initial Disclosures, formal written responses to all outstanding discovery demands, and an affidavit from Defendants detailing: their efforts to locate responsive documents, what materials have been located and produced, and the document requests for which Defendants were unable to locate responsive documents.

IT IS FURTHER ORDERED that, by July 1, 2022 at 1:00 p.m., Plaintiffs shall file a letter informing the Court whether defense counsel and Defendants have complied with all outstanding discovery requests and this Order. Plaintiffs shall also inform the Court if they seek any relief with respect to requests to admit.

This is the Court's final warning to defense counsel and Defendants. If they fail to comply with this Order and cure their discovery violations, the Court will impose sanctions in the amount of $200 every day the required materials are not produced. The defense will be precluded from offering at trial any documents that they fail to produce by 5:00 p.m. today.

**SO ORDERED.**

**Date: June 30, 2022**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**