UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EFREN GARRIDO, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>F&M CONSTRUCTION AND DEVELOPMENT CORP. and FODIE M. KOITA,<br><br>　　　　　　　　Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/12/2023<br><br>21-cv-4084-MKV<br><br><u>ORDER TO SHOW CAUSE</u> |

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall file letters by noon on July 14, 2023 showing cause why this case should not be dismissed for failure to prosecute and counsel for both sides should not be sanctioned for failing to comply with court orders.

**SO ORDERED.**

**Date: July 12, 2023**　　　　　　　　　　　　　　　*/s/ Mary Kay Vyskocil*
**New York, NY**　　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**