UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFREN GARRIDO, *individually and on behalf of all others similarly situated*,

                        Plaintiffs,

-against-

F&M CONSTRUCTION AND DEVELOPMENT CORP. and FODIE M. KOITA,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2023

21-cv-4084-MKV

ORDER SCHEDULING TRIAL

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that that the jury trial in this case will begin on January 22, 2024. The Court is allotting two days for the trial, and the parties must plan accordingly. The parties' motions *in limine*, Joint Pretrial Order, and all other Required Pretrial Filings described in the Court's Individual Rules are due December 15, 2023. IT IS FURTHER ORDERED that the parties shall appear for a Final Pretrial Conference on January 16, 2024 at 11:00 a.m.

**SO ORDERED.**

Date: **August 8, 2023**
       **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**