UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2023

EFREN GARRIDO, *individually and on behalf of all others similarly situated*,

                  Plaintiffs,

-against-

F&M CONSTRUCTION AND DEVELOPMENT CORP. and FODIE M. KOITA,

                  Defendants.

21-cv-4084-MKV

ORDER ADJOURNING TRIAL
AND
FINAL PRETRIAL CONFERENCE

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that that the trial in this case is adjourned to February 28, 2024, and the Final Pretrial Conference is adjourned to February 26, 2024 at 11:00 a.m.

**SO ORDERED.**

**Date:  December 21, 2023**
        **New York, NY**

                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**