UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFREN GARRIDO, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-against-

F&M CONSTRUCTION AND DEVELOPMENT CORP. and FODIE M. KOITA,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2024

21-cv-4084-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

   IT IS HEREBY ORDERED that post-trial briefs with proposed findings of fact and conclusions of law must be filed by February 2, 2024 at 4 p.m.

**SO ORDERED.**

**Date:  January 23, 2024**
    **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**