**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EFREN GARRIDO, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-against-                                      21 **CIVIL** 4084 (MKV)

                                                        **JUDGMENT**

F&M CONSTRUCTION AND
DEVELOPMENT CORP. and FODIE M.
KOITA,

                Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated August 29, 2024, Judgments are entered in favor of Plaintiffs as prescribed above for unpaid wages, liquidated damages, pre-judgment interest, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b). Accordingly: Garrido is entitled to $14,230.00 in unpaid wages, $14,230.00 liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $5,049.12, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Alcoser is entitled to $6,304.00 in unpaid wages, $6,304.00 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $2,236.80, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Naula is entitled to $6,035.00 in unpaid wages, $6,035.00 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $2,141.35, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Marquez is entitled to $5,493.13 in unpaid wages, $5,493.13 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages

amounting to $1,949.08, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Mura is entitled to $5,231.25 in unpaid wages, $5,231.25 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $1,856.16, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Pachar is entitled to $6,689.375 in unpaid wages, $6,689.375 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $2,373.54, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Sisalima is entitled to $9,549.375 in unpaid wages, $9,549.375 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $3,388.33, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Carillo is entitled to $12,836.25 in unpaid wages, $12,836.25 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $4, 554.58, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Garcia is entitled to $6,713.60 in unpaid wages, $6,713.60 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $2,382.13, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Lima is entitled to $4,393.75 in unpaid wages, $4,393.75 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $1,559.00, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Salto is entitled to $3,595.53 in unpaid wages, $3,595.53 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $1,275.77, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Melgar is entitled to $8,462.50 in unpaid wages, $8,462.50 in

liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $3,002.68, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Jiminez is entitled to $10,700.00 in unpaid wages, $10,700.00 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $3,796.59, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Lazcano is entitled to $3,450.00 in unpaid wages, $3,450.00 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $1,224.14, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Benabides is entitled to $2,805 in unpaid wages, $2,805 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $995.28, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Chumil is entitled to $4,068.75 in unpaid wages, $4,068.75 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $1,443.68, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); Donastorg is entitled to $2,187.50 in unpaid wages, $2,187.50 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $776.17, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b); and Rijo is entitled to $3,562.50 in unpaid wages, $3,562.50 in liquidated damages, pre-judgment interest from September 20, 2020 on the unpaid wages amounting to $1,264.05, and post-judgment interest at the statutorily prescribed federal rate pursuant to 28 USC 1961(a)-(b). IT IS FURTHER ORDERED that Plaintiffs shall file a motion for attorney's fees and costs by September 9, 2024.

**Dated:**  New York, New York

August 29, 2024

                                                  **DANIEL ORTIZ**
                                    **Acting Clerk of Court**

**BY:**  _____
                                          **Deputy Clerk**