```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFREN GARRIDO, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-v-

F&M CONSTRUCTION AND DEVELOPMENT CORP. and FODIE M. KOITA,

                Defendants.

No. 21-cv-4084 (MKV)

ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS

MARY KAY VYSKOCIL, District Judge:

    Before the Court is Plaintiffs' unopposed motion for attorney's fees and costs in this wage-and-hours case [ECF No. 93; *see* ECF Nos. 91, 92, 94, 95, 96, 97]. Plaintiffs seek fees in the total amount of $58,299.50 and costs in the amount of $1,454.55. These requests are amply supported by their memorandum of law and detailed documentation.

    The relevant statutes, 29 U.S.C.§ 216(b) and NYLL § 663(1), provide that the Court must award attorneys' fees and costs where a plaintiff is a prevailing party. As set forth in detail in the Court's Findings of Fact and Conclusions of Law [ECF No. 89], Plaintiffs prevailed on most of their claims after a bench trial. Plaintiffs' counsel maintained detailed, contemporaneous records of their time and costs.

    Applying the lodestar approach, *Millea v. Metro-N. R.R. Co.*, 658 F.3d 154, 166 (2d Cir. 2011), and having observed the conduct of Plaintiffs' counsel, the Court finds that the requested attorneys' fees are reasonable for substantially the reasons set forth in Plaintiffs' papers. Plaintiffs are also entitled to the reasonable costs they seek. *See Apolinario v. Luis Angie Deli Grocery Inc.*, 2015 WL 4522984 at *4 (S.D.N.Y. July 27, 2015).

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion for attorneys' fees and costs [ECF No. 93] is GRANTED.

The Clerk of Court respectfully is requested to terminate the motion at ECF number 93.

**SO ORDERED.**

**Date: February 10, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**